Law Office of Donald F. Burke
45 Gale Road
Brick, N.J. 08723
tel: (732) 966-4922
Attorneys for Plaintiff
Atiya Wahab

United States District Court
District of New Jersey

| | |
|---|---|
| Atiya Wahab,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>State of New Jersey; New Jersey Department of Environmental Protection; Steven Maybury; Gwen Zervas; Pam Lyons; Deborah Figueroa (in their individual and official capacities) and John Does 1-5 (being agents, servants and employees of defendants as a continuing investigation may reveal who are fictitiously named because their true identities are unknown),<br>　　　　　　　　Defendants. | Civil Action No.: 12-6613 (BRM-TJB)<br><br>Notice of Appeal from Magistrate Judge's Letter Order dated April 12, 2019 (ECF Document 195) Denying Plaintiff's Request for Discovery<br><br>Returnable: May 20, 2019 |

TO:　Gurbir Grewal
　　　ATTORNEY GENERAL OF NEW JERSEY
　　　Richard J. Hughes Justice Complex
　　　25 Market Street
　　　P.O. Box 112
　　　Trenton, New Jersey 08625-0112
　　　Attention: Deborah Hay, Esq., Deputy Attorney General
　　　Attorneys for Defendants
　　　State of New Jersey; New Jersey Department of Environmental Protection; Steven Maybury; Gwen Zervas and Pam Lyons

ON NOTICE TO:

　　　William Flahive, Esq.
　　　24 Arnett Avenue, Suite 103

Lambertville, New Jersey  08530
Attorney for Defendant
DEBORAH FIGUEROA

COUNSELOR:

**PLEASE TAKE NOTICE** that on Monday, May 20, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will apply to the Honorable Brian R. Martinotti, Judge of the United States District Court, for an Order vacating the Magistrate Judge's Letter Order dated April 12, 2019 (ECF Document 195) Denying Plaintiff's Request for Discovery and Ordering Discovery requested.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the Brief submitted herewith pursuant to L.Civ.R. 7.1(i).

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby respectfully requested.

A proposed form of Order is submitted herewith.

LAW OFFICE OF DONALD F. BURKE, ESQ.
Attorneys for Plaintiff
ATIYA WAHAB


By:      s/ Donald F. Burke
         Donald F. Burke, Esq.

Date: April 26, 2019

Lambertville, New Jersey  08530
Attorney for Defendant
DEBORAH FIGUEROA

COUNSELOR:

**PLEASE TAKE NOTICE** that on Monday, May 20, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will apply to the Honorable Brian R. Martinotti, Judge of the United States District Court, for an Order vacating the Magistrate Judge's Letter Order dated April 12, 2019 (ECF Document 195) Denying Plaintiff's Request for Discovery and Ordering Discovery requested.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the Brief submitted herewith pursuant to L.Civ.R. 7.1(i).

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby respectfully requested.

A proposed form of Order is submitted herewith.

LAW OFFICE OF DONALD F. BURKE, ESQ.
Attorneys for Plaintiff
ATIYA WAHAB

By:      s/ Donald F. Burke
         Donald F. Burke, Esq.

Date: April 26, 2019