# LAW OFFICE OF DONALD F. BURKE
## 45 GALE ROAD
## BRICK, NEW JERSEY 08723
## (732) 966-4922
## Email: DonaldBurkeEsq@gmail.com

**DONALD F. BURKE, ESQ.**
*Certified by the New Jersey Supreme Court as a Civil Trial Attorney*
*Member of the Bars of New Jersey & New York*

**DONALD F. BURKE JR., ESQ.**
*Member of the Bars of New Jersey & New York*

February 4, 2020

Office of the Clerk
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

Re: ATIYA WAHAB, Plaintiff, v. STATE OF NEW JERSEY, ET AL., Defendants.
United States District Court
District of New Jersey
USDC No.: 3:12-cv-06613
USCA No.: 18-3526

Dear Madam/Sir:

Kindly accept this request for reimbursement of the filing fee with Pay.gov Tracking ID 26DGUGKT in the amount of $505.00. During the process of filing the appeal in this matter, we were billed twice. The correct filing fee bears Pay.gov Tracking ID 26DH5B3R. Copies of the receipts are attached hereto.

Thank you.

Respectfully submitted,

s/ Donald F. Burke

Donald F. Burke, Esq.

It is so ordered this 26th day of March, 2020.

Brian R. Martinotti, U.S.D.J.

Enclosures



Donald F. Burke Jr. <dfburkejr@gmail.com>

## Pay.gov Payment Confirmation: NJD CM ECF

**notification@pay.gov** <notification@pay.gov>    Wed, Nov 14, 2018 at 9:53 PM
To: "dfburkejr@gmail.com" <dfburkejr@gmail.com>, "donaldburkeesq@gmail.com" <donaldburkeesq@gmail.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NJD Finance Dept at 609-989-0468.

Application Name: NJD CM ECF
Pay.gov Tracking ID: 26DGUGKT
Agency Tracking ID: 0312-9173001
Transaction Type: Sale
Transaction Date: Nov 14, 2018 9:53:58 PM

Account Holder Name: DONALD F BURKE JR
Transaction Amount: $505.00
Card Type:
Card Number: ************

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

# M Gmail

**Donald F. Burke Jr. <dfburkejr@gmail.com>**

## Pay.gov Payment Confirmation: NJD CM ECF

**notification@pay.gov** <notification@pay.gov>                    Thu, Nov 15, 2018 at 9:13 AM
To: "dfburkejr@gmail.com" <dfburkejr@gmail.com>, "donaldburkeesq@gmail.com" <donaldburkeesq@gmail.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NJD Finance Dept at 609-989-0468.

Application Name: NJD CM ECF
Pay.gov Tracking ID: 26DH5B3R
Agency Tracking ID: 0312-9173269
Transaction Type: Sale
Transaction Date: Nov 15, 2018 9:13:21 AM

Account Holder Name: DONALD F BURKE JR
Transaction Amount: $505.00
Card Type:
Card Number: ************

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.