UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 18-3526 & 19-1396
_____

ATIYA WAHAB,
on behalf of herself and others similarly situated,
Appellant

v.

STATE OF NEW JERSEY; NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION; GURBIR S. GREWAL,
Attorney General of the State of New Jersey; PHILIP DUNTON
MURPHY, Governor of the State of New Jersey; JOHN DOES 1-5,
being persons whose identity is presently unknown


ATIYA WAHAB,
Appellant

v.

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL
PROTECTION; STEVEN MAYBURY; GWEN ZERVAS; PAM
LYONS; DEBORAH FIGUEROA; STATE OF NEW JERSEY

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Nos. 3:18-cv-06067 & 3:12-cv-06613)
District Judge: Honorable Brian R. Martinotti

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on August 19, 2020

Before: HARDIMAN, GREENAWAY, JR., and BIBAS, *Circuit Judges*

_____

JUDGMENT

2

---

    This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted under L.A.R. 34.1(a) on August 19, 2020.

    On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgments entered on October 31, 2018 and February 5, 2019 are hereby **VACATED** and **REMANDED**. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

                                                      ATTEST:

Dated: August 28, 2020                          s/ Patricia S. Dodszuweit
                                                                                   Clerk